IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUBY'S FUDDRUCKERS RESTAURANTS, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-01049 |
| VISA, INC., et al., | § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Bradley C. Weber, enters his appearance in the above-referenced proceedings as counsel for Defendants HSBC Finance Corporation and HSBC North America Holdings, Inc.  Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Mr. Weber at the address set forth below:

    Bradley C. Weber
      Texas Bar No. 21042470
      Southern District of Texas No. 92565
    Locke Lord LLP
    2200 Ross Avenue, Suite 2800
    Dallas, Texas 75201
    Telephone: (214) 740-8497
    Facsimile: (214) 756-8497
    bweber@lockelord.com

Dated:  April 14, 2017            Respectfully submitted,

                                        **LOCKE LORD LLP**

                                        */s/ Bradley C. Weber*
                                        Roger B. Cowie
                                        *Attorney-in-charge*
                                         Texas Bar No. 00783886
                                         Southern District of Texas No. 18886
                                         rcowie@lockelord.com

        Bradley C. Weber
        Texas Bar No. 21042470
        Southern District of Texas No. 92565
        bweber@lockelord.com
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        Telephone: (214) 740-8000

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*Of Counsel*
David S. Lesser
david.lesser@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8851

Perry A. Lange
perry.lange@wilmerhale.com
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6493

**ATTORNEYS FOR DEFENDANTS HSBC FINANCE CORPORATION AND HSBC NORTH AMERICA HOLDINGS, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

        */s/ Bradley C. Weber*
        Bradley C. Weber