| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-01049 |
|---|---|---|---|

| LUBY'S FUDDRUCKERS RESTAURANTS, LLC |
|---|
| *versus* |
| VISA INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Perry A. Lange<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-663-6493<br>perry.lange@wilmerhale.com<br>Virginia State Bar 71184<br>U.S. District Court for the District of Columbia: 494339 |
|---|---|

| Name of party applicant seeks to appear for: | HSBC Finance Corporation and<br>HSBC North America Holdings, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/14/2017 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge