UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-01049 |
|---|---|---|---|

| LUBY'S FUDDRUCKERS RESTAURANTS, LLC |
|---|
| *versus* |
| VISA INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David Lesser<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>212-230-8851<br>david.lesser@wilmerhale.com<br>New York State Bar: 4072302<br>U.S. District Court for the Southern District of New York: DL2928 |
|---|---|

| Name of party applicant seeks to appear for: | HSBC Finance Corporation and<br>HSBC North America Holdings, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/14/2017 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                     United States District Judge