Case 4:17-cv-01049   Document 40   Filed in TXSD on 04/18/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUBY'S FUDDRUCKERS RESTAURANTS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| VISA INC., VISA U.S.A INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, BA MERCHANT SERVICES LLC, BANK OF AMERICA CORPORATION, BARCLAYS BANK OF DELAWARE, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A., CAPITAL ONE FINANCIAL CORPORATION, CHASE BANK USA, N.A., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., CITIBANK, N.A., CITIGROUP, INC., FIFTH THIRD BANCORP, FIRST NATIONAL BANK OF OMAHA, HSBC FINANCE CORPORATION, HSBC NORTH AMERICA HOLDINGS, INC., PNC FINANCIAL SERVICES GROUP, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, TEXAS INDEPENDENT BANCSHARES, INC., WELLS FARGO & COMPANY, AND WELLS FARGO MERCHANT SERVICES, LLC, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-01049 |
| *Defendants.* | § § | |

## ORDER

Having considered Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and Plaintiff's consent to the extension, it is:

**ORDERED** that Defendants' Unopposed Motion for Extension of Time is **GRANTED** and that Defendants shall respond and/or answer Plaintiff's First Amended Complaint on or before a date that is fourteen (14) days after the Court enters a ruling on Plaintiff's Motion to Remand.

Entered this **18** day of April, 2017.

_____
The Hon. David Hittner
United States District Court Judge