| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-01049 |
|---|---|---|---|

| Luby's Fuddruckers Restaurants, LLC |
|---|
| *versus* |
| Visa Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Tallon<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000; jtallon@shearman.com<br>N.Y. 1718063<br>9th Cir.; 2d Cir.; 4th Cir.; S.D.N.Y.; E.D.N.Y.; N.D. Ca.; C.D. Ca. |
|---|---|

| Name of party applicant seeks to appear for: | Barclays Bank Delaware |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __    No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/24/2017 | Signed: | /s/ James Tallon |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge