| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-01049 |
|---|---|---|---|

| Luby's Fuddruckers Restaurants, LLC |
|---|
| *versus* |
| Visa Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian Calandra<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000; brian.calandra@shearman.com<br>N.Y. 4804894<br>U.S.; 3d Cir.; D.N.J.; S.D.N.Y.; E.D.N.Y. |
|---|---|

| Name of party applicant seeks to appear for: | Barclays Bank Delaware |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___      ___ No ___ ✓ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:<br>4/24/2017 | Signed: | /s/ Brian Calandra |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:           Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                                                  United States District Judge