## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LUBY'S FUDDRUCKERS RESTAURANTS, | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | Civil Action No. 4:17-cv-01049 |
| VISA INC., et al., | § § § | |
| **Defendants.** | § § | |

### DEFENDANTS BANK OF AMERICA CORPORATION AND
### BA MERCHANT SERVICES LLC'S
### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bank of America Corporation and BA Merchant Services LLC file this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded companies are underlined. In addition to the plaintiff and the other defendants in this case, the following parties have a financial interest in the outcome of this litigation:

Bank of America Corporation. No publicly held corporation owns 10% or more of Bank of America Corporation.

BA Merchant Services, LLC which is a wholly owned subsidiary of Banc of America Merchant Services LLC, which is a joint venture of Bank of America, N.A. and <u>First Data Corporation</u>;

Bank of America, N.A., which a wholly owned subsidiary of <u>Bank of America Corporation.</u>

<u>First Data Corporation</u>. <u>Kohlberg Kravis & Roberts Co.</u> holds a majority of the combined voting power of <u>First Data Corporation's</u> common stock.

DATED: APRIL 24, 2017

Respectfully submitted,

OF COUNSEL:

/s/ Layne E. Kruse
Layne E. Kruse

Eliot Fielding Turner
NORTON ROSE FULBRIGHT US LLP
Federal ID No. 976577
State Bar No. 24066224
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:    (713) 651-5246
eliot.turner@nortonrosefulbright.com

Federal ID No. 2382
State Bar No. 11742550
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:    (713) 651-5246
layne.kruse@nortonrosefulbright.com

Mark P. Ladner*
Michael B. Miller*
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:    (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Attorney-in-charge for Defendants Bank of America Corporation and BA Merchant Services LLC*

Natalie Fleming Nolen*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Suite 6100
Washington, D.C. 20006
Telephone:  (202) 887-1500
Facsimile:    (202) 887-0763
nflemingnolen@mofo.com

*Pro hac vice motions forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2017 I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to counsel of record.

*/s/ Eliot Fielding Turner*
_____
Eliot Fielding Turner
