# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LUBY'S FUDDRUCKERS RESTAURANTS, § § § **Plaintiff,** § § v. § § VISA INC., et al., § § **Defendants.** § § § § § | Civil Action No. 4:17-cv-01049 |

## DEFENDANT FIFTH THIRD BANCORP
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fifth Third Bancorp ("Fifth Third") files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded companies are underlined. In addition to the plaintiff and the other defendants in this case, the following parties have a financial interest in the outcome of this litigation:

<u>Fifth Third.</u> No publicly held corporation owns 10% or more of Fifth Third.

| | |
|---|---|
| Dated: April 24, 2017 | Respectfully submitted, |
| Of Counsel: | |

| | |
|---|---|
| Richard L. Creighton, Jr.* | /s/ Eliot Fielding Turner |
| Drew M. Hicks* |    Eliot Fielding Turner |
| KEATING MUETHING & KLEKAMP PLL |    State Bar No.  24066224 |
| 1 East Fourth Street, Suite 1400 |    Federal ID No. 976577 |
| Cincinnati, Ohio 45202 | eliot.turner@nortonrosefulbright.com |
| Telephone: (513) 579-6400 | NORTON ROSE FULBRIGHT US LLP |
| Telecopier: (513) 579-6457 | 1301 McKinney, Suite 5100 |
| | Houston, TX  77010-3095 |
| | Telephone:  (713) 651-5151 |
| | Facsimile:   (713) 651-5246 |
| | |
| | ATTORNEY-IN-CHARGE FOR DEFENDANT FIRST NATIONAL BANK OF OMAHA |

*Pro hac vice* motion forthcoming

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2017 I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to counsel of record.

                                          */s/ Eliot Fielding Turner*
                                            Eliot Fielding Turner