# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LUBY'S FUDDRUCKERS RESTAURANTS,  §§§§ | |
| **Plaintiff,** § | |
| v. §§ | Civil Action No. 4:17-cv-01049 |
| VISA INC., et al., §§§ | |
| **Defendants.** § | |

## DEFENDANT FIRST NATIONAL BANK OF OMAHA'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant First National Bank of Omaha ("FNBO") files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded companies are underlined. In addition to the plaintiff and the other defendants in this case, the following parties have a financial interest in the outcome of this litigation:

FNBO. Substantially all of the capital stock of FNBO is owned by First National Nebraska, Inc. ("FNNI"). No publicly held corporation owns 10% or more of either FNNI or FNBO.

| | |
|---|---|
| Dated: April 24, 2017<br>Of Counsel:<br><br>John P. Passarelli*<br>James M. Sulentic*<br>KUTAK ROCK LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, Nebraska 68102-2186<br>Telephone:  (402) 346-6000<br>Telecopier:  (214) 346-1148<br><br><br><br><br><br>*Pro hac vice* motion forthcoming | Respectfully submitted,<br><br>/s/ Eliot Fielding Turner<br>　　Eliot Fielding Turner<br>　　State Bar No.  24066224<br>　　Federal ID No. 976577<br>　　eliot.turner@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095<br>Telephone:  (713) 651-5151<br>Facsimile:   (713) 651-5246<br><br>ATTORNEY-IN-CHARGE FOR DEFENDANT FIRST NATIONAL BANK OF OMAHA |

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on April 24, 2017 I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Eliot Fielding Turner*
　　　　　　　　　　　　　　　　　　　　　Eliot Fielding Turner